# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 11-1125**  September Term, 2013

EPA-76FR15704
EPA-78FR9112

**Filed On:** January 31, 2014

American Forest & Paper Association, et al.,
    Petitioners

   v.

Environmental Protection Agency,
    Respondent

------------------------------

American Chemistry Council, et al.,
    Intervenors

------------------------------

Consolidated with 11-1140, 11-1144, 11-1149,
11-1154, 11-1155, 11-1161, 11-1171,
11-1173, 11-1180, 11-1183, 11-1188,
13-1111, 13-1113, 13-1114, 13-1116,
13-1118, 13-1119, 13-1120, 13-1121,
13-1123, 13-1124, 13-1127

    **BEFORE:**   Tatel and Brown, Circuit Judges

### O R D E R

Upon consideration of the joint motion to set briefing format and schedule, it is

**ORDERED** that the following briefing format and schedule shall apply:

| | |
|---|---|
| Industry Petitioners' Brief<br>(not to exceed 11,200 words) | May 5, 2014 |
| Environmental Petitioners' Brief<br>(not to exceed 11,200 words) | May 5, 2014 |
| Respondent's Brief<br>(not to exceed 22,400 words) | August 18, 2014 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 11-1125**                                                                                                                    **September Term, 2013**

| | |
|---|---|
| Industry Intervenor-Respondents' Brief (not to exceed 7,000 words) | September 15, 2014 |
| Environmental Intervenor-Respondents' Brief (not to exceed 7,000 words) | September 15, 2014 |
| Industry Petitioners' Reply Brief (not to exceed 5,600 words) | September 29, 2014 |
| Environmental Petitioners' Reply Brief (not to exceed 5,600 words) | September 29, 2014 |
| Deferred Appendix | October 6, 2014 |
| Final Briefs | October 14, 2014 |

The parties will be notified by separate order of the oral argument date and composition of the merits panel.  The court reminds the parties that

> In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . .  When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

**Per Curiam**